**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT / SINGLE SCHOOL (FOOTBALL) <br><br> MICHAEL ROSE and TIMOTHY STRATTON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, <br> Defendant. | MDL No. 2492 <br><br> Master Docket No. 1:16-cv-08727 <br><br> This Document Relates To: <br> Case No. 1:17-cv-01402 <br><br> Judge John Z. Lee <br><br> Magistrate Judge M. David Weisman |

## JOINT STATUS REPORT

Plaintiffs Michael Rose and Timothy Stratton ("Plaintiffs") and Defendant National Collegiate Athletic Association ("NCAA" or "Defendant" and with Plaintiffs, the "Parties") submit this Joint Status Report, pursuant to the Court's June 16, 2022 Order (Rose Dkt. 113):

**A.     Current Deadlines Imposed By Court:**  The following schedule has been entered by the Court:

| Event | Deadline |
|---|---|
| Completion of fact discovery on issues relating to class certification consistent with the Court's prior orders | January 20, 2023 |
| Plaintiff's expert report(s) in support of motion for class certification | February 15, 2023 |
| Plaintiff's motion for class certification | March 14, 2023 |
| Defendant to depose Plaintiff's expert(s) | April 6, 2023 |

| Event | Deadline |
|---|---|
| Defendant's expert report(s) in opposition to Plaintiff's motion for class certification | June 15, 2023 |
| Defendant's response in opposition to Plaintiff's motion for class certification | July 14, 2023 |
| Plaintiff to depose Defendant's expert(s) | August 1, 2023 |
| Plaintiff's reply in support of motion for class certification | September 18, 2023 |
| Parties' joint status report regarding appropriate next steps in the litigation, including appropriate deadlines for any dispositive motions and/or further amendment of the pleadings or joinder of parties as necessary and at the Court's discretion | 30 days after ruling on motion for class certification |

Order (Rose Dkt. 113).

  **B.** **Referral To Magistrate Judge:** At this time, no aspects of this matter have been referred to the Magistrate Judge.

  **C.** **Progress Of Discovery:** Discovery at this stage "shall be focused on class certification issues and such merits-related issues as inform the question of whether a class satisfies the requirements of Fed. R. Civ. P. 23." Case Management Schedule (MDL Dkt. 91) at § III(D) (pp. 5-6). The Parties are actively engaging in fact discovery and anticipate needing to conduct additional written and oral discovery. The Parties have taken significant third-party discovery and anticipate conducting additional third-party discovery.

  **D.** **Pending Motions:** There are no motions in Rose currently pending before the Court.

  **E.** **Status Of Settlement Discussions And Settlement Conference:** The Parties have not conducted any settlement discussions and do not request a settlement conference at this time.

  **F.** **Proposed Schedule For Court Dates:** The Parties currently do not believe there is a need to extend the current deadlines.

G. **Actions That The Court Can Take Without A Hearing:** None.

H. **Hearing Request:** The Parties do not believe a telephonic hearing or in-person hearing is necessary within the next 60 days.

| | |
|---|---|
| Dated: August 31, 2022 | Respectfully submitted,<br><br>*/s/ Johanna M. Spellman*<br>Johanna M. Spellman, One of the Attorneys for<br>Defendant National Collegiate Athletic Association<br><br>Mark S. Mester (Illinois Bar No. 6196140)<br>   mark.mester@lw.com<br>Johanna M. Spellman (Illinois Bar No. 6293851)<br>   johanna.spellman@lw.com<br>Robert C. Collins III (Illinois Bar No. 6304674)<br>   robert.collins@lw.com<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br><br>*Counsel for Defendant*<br>*National Collegiate Athletic Association* |
| Date: August 31, 2022 | */s/ Michael A. Olsen (with consent)*<br>Michael A. Olsen<br>Daniel L. Ring<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>molsen@mayerbrown.com<br>dring@mayerbrown.com<br>Attorneys for Defendant<br><br>*Counsel for Defendant The Big Ten Conference* |
| Date: August 31, 2022 | */s/ Todd Logan (with consent)*<br>Todd Logan, One of the Attorneys for<br>Plaintiff Michael Rose and Timothy Stratton |

3

        Jay Edelson (Illinois Bar No. 6239287)
          jedelson@edelson.com
        EDELSON PC
        350 North LaSalle Street, 13th Floor
        Chicago, Illinois 60654
        Telephone: (312) 589-6370
        Facsimile:  (312) 589-6378

        Todd Logan (*pro hac vice*)
          tlogan@edelson.com
        EDELSON PC
        150 California Street, 18th Floor
        San Francisco, California 94111
        Telephone: (415) 212-9300
        Facsimile:  (415) 373-9435

        Sol Weiss
          sweiss@anapolweiss.com
        ANAPOL WEISS
        One Logan Square
        130 North 18th Street, Suite 1600
        Philadelphia, Pennsylvania 19103
        Telephone: (215) 735-2098
        Facsimile:  (215) 875-7701

        *Co-Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Johanna M. Spellman, certify that, on August 31, 2022 a true and correct copy of the foregoing JOINT STATUS REPORT was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ Johanna M. Spellman
Johanna M. Spellman (Illinois Bar No. 6293851)
johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767